IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs | ) Case No. 3:18CR045 |
| JOSHUA MUSTOVICH | ) |

### ORDER TERMINATING SUPERVISED RELEASE

On December 30, 2016, the above named commenced a five-year term of supervised release following his term of imprisonment. Based on the recommendation of the U.S. Probation Department, no objections from the Government, and for good cause shown, it is hereby ordered Joshua Mustovich is discharged from supervised release and the proceedings in this case be terminated.

**IT IS SO ORDERED.**

Dated this 19th day of October, 2020

Walter H. Rice
United States District Judge